No. 566. FELDMAN *v.* PACIFIC MUTUAL LIFE INSURANCE Co. February 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William C. Keough* for petitioner. *Mr. Thomas V. Koykka* for respondent.

No. 571. COOK *v.* LEWIS ET AL. February 6, 1939. Petition for writ of certiorari to the Circuit Court, Kanawha County, West Virginia, denied. *Messrs. James E. White* and *Samuel A. T. Watkins* for petitioner. *Messrs. Robert S. Spilman* and *Harold A. Ritz* for respondents.

No. 572. BELAND ET AL. *v.* UNITED STATES. February 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. T. Miller* for petitioners. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Mr. William W. Barron* for the United States.

No. 575. STEIN *v.* McGRATH ET AL. February 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry W. Pollock* for petitioner. *Messrs. E. F. Colladay, Wilton H. Wallace,* and *Nathaniel L. Goldstein* for McGrath et al.; *John Ross Delafield* for the Hurd Committee; and *Geo. E. Cleary* for the Reconstruction Finance Corporation, respondents. *Solicitor General Jackson* filed a memorandum for the United States.

No. 576. TISHMAN *v.* UNITED STATES. February 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John A.*